In the Matter of the Application of IRVING K. FABRICAND, Respondent, against F. EUGENE NORTZ and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch and Proskauer, JJ., dissent.

MARY ROGERS LOUGHLIN, Respondent, v. JAMES F. LOUGHLIN, Appellant.— Order modified by granting defendant's motion to open default without terms, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS FRANKLYN MANVILLE, JR., Respondent, v. HIRAM E. MANVILLE and Another, Appellants.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEAH BUSHEL, Appellant, v. SAMUEL BUSHEL, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STANISLAU JOHN RUGG, Respondent, v. ORE STEAMSHIP CORPORATION, Defendant, Impleaded with ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Order modified by requiring plaintiff to furnish a bill of particulars as to items 2, 6, 13 and 17, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEON A. PHILLIPS and Others, Respondents, v. JOSEPH L. ARON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. THEODORA K. ZINN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOROTHY WAGMEISTER, an Infant, by SADIE WAGMEISTER, Her Guardian ad Litem, Respondent, v. GRACE PETERS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES J. WALSH, Respondent, v. CHARLES A. JUDGE, as President of New York District Council of the United Brotherhood of Carpenters and Joiners of America, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ZUZI STANEK, Respondent, v. WILLIAM KENT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM PRAGER, Individually, and WILLIAM PRAGER and Others, Respondents, v. LOUVRE ESTATES CORPORATION, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SHLIVEK BROS. FABRICS CORPORATION, Respondent, v. LANDSON, INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements,